STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| YVONNE JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:20-cv-00536-AKK |
| ST. VINCENT'S HEALTH SYSTEM and ST. VINCENT'S EAST, | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's March 30, 2021 Revised Scheduling Order [DOC. 23], the parties submit the following joint status report:

Plaintiff's deposition was taken on February 5, 2021, and the parties are continuing to exchange discovery. Because of plaintiff's bankruptcy filing, the parties are waiting on the bankruptcy trustee's response to approve the substitution of plaintiff's attorney, and plaintiff's counsel has issued a subpoena for plaintiff's Social Security disability file.

Respectfully submitted this 30th day of April, 2021.

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| *s/ Ashley R. Rhea (w/permission)* | *s/ Shannon L. Miller* |
| Ashley R. Rhea, Esq. | Shannon L. Miller |
| **RHEA LAW LLC** | **JACKSON LEWIS P.C.** |
| 104 23rd Street South, Suite 100 | 800 Shades Creek Parkway, Suite 870 |
| Birmingham, AL 35233 | Birmingham, Alabama 35209 |
| Telephone: (205) 675-0476 | Telephone: 205-332-3102 |
| arhea@rhealawllc.com | shannon.miller@jacksonlewis.com |