IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADFORD W. CARAWAY, ) <br> as Chapter 13 Standing Trustee, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ST. VINCENT'S HEALTH ) <br> SYSTEM, et al, ) <br> ) <br> Defendants. ) | CASE NO.: 2:20-CV-00536 |

## PLAINTIFF'S STATUS REPORT

Plaintiff submits the following to the Court: Following the naming of the Chapter 13 Trustee as a party, Counsel for Plaintiff is trying to bring in the proper attorney to represent Plaintiff Yvonne Johnson's interest before the Court.

Respectfully submitted,

*/s/ Ashley R. Rhea*
Ashley R. Rhea
Attorney for Plaintiff

**OF COUNSEL:**
RHEA LAW, LLC
104 23rd Street South
Suite 100
Birmingham, Alabama 35233
Telephone: (205) 675-0476
Facsimile: (205) 623-4985
arhea@rhealawllc.com

1