### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **YVONNE JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.** |
| ) | |
| v. ) | **2:20-cv-00536-AMM** |
| ) | |
| **ST. VINCENT'S HEALTH SYSTEM** ) | |
| **and ST. VINCENT'S EAST,** ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFF'S EVIDENTIARY MATERIALS FILED IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Yvonne Johnson submits the following evidence in support of her Response and Brief in Opposition to Defendants St. Vincent's Health System and St. Vincent's East's Motion for Summary Judgment:

Exhibit A:  Plaintiff Yvonne Johnson's Work Status Forms

Exhibit B:  Letter from Plaintiff Yvonne Johnson to Defendants

Exhibit C:  Defendants' notes from meeting with Plaintiff Yvonne Johnson

        Respectfully submitted,

        */s/ Ashley R. Rhea*
        Ashley R. Rhea
        Bar Number: asb-8736-H81O
        *Attorney for Plaintiff*

**OF COUNSEL:**
RHEA LAW LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233
Telephone: (205) 675-0476
Email: arhea@rhealawllc.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served electronically via CM/ECF upon all parties on February 15, 2022:

Shannon L. Miller
JACKSON LEWIS P.C.
800 Shades Creek Parkway
Suite 870
Birmingham, Alabama 35209
*Attorney for Defendants*

>*/s/ Ashley R. Rhea*
>OF COUNSEL